PHILLIP A. TALBERT
Acting United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMADO ESCOBEDO, JR.,<br>DOROTEO GONZALES,<br><br>Defendants. | CASE NO. 1:21-CR-00222-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 13, 2021<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

1. By previous order, this matter was set for status on October 13, 2021.

2. By this stipulation, defendants now move to continue the status conference until January 12, 2022, and to exclude time between October 13, 2021, and January 12, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes investigative reports, laboratory reports, video surveillance, audio surveillance, interview recordings, and criminal history information, totaling several gigabytes of electronic data. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendants desire additional time consult with their clients, review discovery, conduct additional investigation, and to prepare for resolution and/or trial.

1        c)        Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)        The government does not object to the continuance.

      e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 13, 2021 to January 12, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 5, 2021                 PHILLIP A. TALBERT
                                                      Acting United States Attorney

                                                      /s/ KATHERINE E. SCHUH
                                                      KATHERINE E. SCHUH
                                                      Assistant United States Attorney

Dated: October 5, 2021                 /s/ John Meyer
                                                      John Meyer
                                                      Counsel for Defendant
                                                      Amado Escobedo Jr.

Dated:  October 5, 2021                               /s/ Peter Jones
                                                     Peter Jones
                                                     Counsel for Defendant
                                                     Doroteo Gonzales

## **ORDER**

IT IS SO ORDERED that the status conference is continued from October 13, 2021, to **January 12, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **October 5, 2021**                              /s/ Barbara A. McAuliffe
                                                                        UNITED STATES MAGISTRATE JUDGE