1   JOHN MEYER
    225629
2   16024 W. Brian Ave.
    Kerman, CA 93630
3   Telephone:  (559) 385-1565

4

    Attorney for AMADO ESCOBEDO
5

6              IN THE UNITED STATES DISTRICT COURT

7               EASTERN DISTRICT OF CALIFORNIA

8
    UNITED STATES OF AMERICA,              CASE NO.  CASE:    1:21-CR-00222-DAD-BAM
9
                        Plaintiff,         MOTION TO WITHDRAW AS COUNSEL OF
10                                         RECORD AND APPOINT CJA COUNSEL
               v.
11
    AMADO ESCOBEDO,
12
                        Defendant.
13

14
         John A. Meyer, appointed counsel of record in the above-captioned case, hereby moves for an
15
    order allowing him to withdraw as counsel of record and for appointment of new counsel to represent
16
    defendant AMADO ESCOBEDO.  As grounds he states:
17
         1.   John Meyer was appointed to represent Mr. Escobedo on August 27, 2022.
18
         2.   At the time of appointment, the undersigned was a member of the Criminal Justice Act
19
              Panel for the Eastern District of California.
20
         3.    Mr. Meyer has accepted employment at the Monterey County Public Defender's Office
21
               and anticipates starting employment there on February 15th.
22
         4.   Monterey County prohibits attorneys from practicing law outside of their employment.
23
         5.   As Mr. Escobedo is still in need of counsel to represent him, the public defender's office
24
    has contacted Monica Bermudez, who is available and willing to accept the appointment.
25

26

27

28

    STIPULATION AND FINDINGS AND ORDER                 1

1    6.    Accordingly, the undersigned requests that he be permitted to withdraw from the case and

2    that new counsel, Monica Bermudez, be appointed.

Dated:  February 9, 2022        /s/ JOHN MEYER

John Meyer
Counsel for AMADO ESCOBEDO

**ORDER**

IT IS SO ORDERED that John Meyer may withdraw from his representation of AMADO

ESCOBEDO, and that CJA panel counsel Monica Bermudez shall be appointed.

IT IS SO ORDERED.

Dated:   **February 9, 2022**       /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE

STIPULATION AND FINDINGS AND ORDER

2