PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00222-NODJ-BAM |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE FOR SENTENCING; FINDINGS AND ORDER |
| v. | |
| AMADO ESCOBEDO, JR., DOROTEO GONZALES, | |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for sentencing on June 3, 2024.

2. By this stipulation, the parties request to continue sentencing to July 15, 2024. The United States Probation Office is in the process of preparing Presentence Reports (PSR's) for the defendants in this case. However, the Probation office requested additional time to prepare the PSR's. As such, the parties request to continue sentencing to allow for sufficient time in preparation of the PSR's.

IT IS SO STIPULATED.

///

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated: April 16, 2024

PHILLIP A. TALBERT
Acting United States Attorney

/s/ ARIN C. HEINZ
ARIN C. HEINZ
Assistant United States Attorney

Dated: April 16, 2024

/s/ MONICA BERMUDEZ
MONICA BERMUDEZ
Counsel for Defendant
Amado Escobedo Jr.

Dated: April 16, 2024

/s/ PETER JONES
PETER JONES
Counsel for Defendant
Doroteo Gonzales

## ORDER

IT IS SO ORDERED that the sentencing hearing is continued from June 3, 2024, to **July 15, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: **April 16, 2024**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE