MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1304 L. Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for the Defendant
AMADO ESCOBED, JR.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00222-NODJ-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | |
| AMADO ESCOBEDO, JR, | DATE: July 29, 2024<br>TIME: 9:00 A.M. |
| Defendants. | |

**STIPULATION**

Amado Escobedo, Jr., by and through his counsel, Monica L. Bermudez, and The United States of America, by and through its counsel of record, hereby stipulates as follows:

1. By previous order, this matter was set for sentencing on July 15, 2024, at 8:30 a.m. Counsel is requesting this matter be continued to July 29, 2024, at 8:30 a.m.

2. Due to the unavailability of the court this matter was reschedule.

3. Unfortunately, counsel for Mr. Escobedo is unavailable on the set date due to prior court settings.

4. I have spoken to AUSA Arin Heinz and she has no objection to the continuance.

1

**IT IS SO STIPULATED.**

DATED: June 28, 2024

                          */s/ Monica L. Bermudez*
                          MONICA L. BERMUDEZ
                          Counsel for Defendant
                          Amado Escobedo, Jr.

DATED: June 28, 2024

                          */s/Arin Heinz*
                          ARIN HEINZ
                          Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED that the sentencing set on July 17, 2024, be vacated and reset to **July 29, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **June 28, 2024**            /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE